1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

UNITED STATES OF AMERICA,

12

Plaintiff,

CASE NO. CR06-425 MJP

13

v.

DETENTION ORDER

14

CARLOS CASTRO-OCHOA,

15

Defendant.

16

Offenses charged:

17

Count I - Conspiracy to Distribute Methamphetamine

18

(500 grams or more of mixture, 50 grams or more of actual methamphetamine)

19

Count II - Conspiracy to Distribute Heroin (100 grams or more)

20

Count III - Conspiracy to Distribute Cocaine (500 grams or more)

21

Date of Detention Hearing: 12/06/06

22

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based

23

upon the factual findings and statement of reasons for detention hereafter set forth, finds that no

24

25

DETENTION ORDER - 1

26

18 U.S.C. § 3142(i)

1   condition or combination of conditions which defendant can meet will reasonably assure the

2   appearance of defendant as required and the safety of any other person and the community.

3

4                    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

5        (1)    The drug offense with which defendant is charged in Count I carries a maximum

6               penalty of life imprisonment, with a mandatory minimum sentence of ten years.  There

7               is therefore a rebuttable presumption that defendant will be detained.

8        (2)    Nothing has been presented to rebut that presumption.

9        (3)    Defendant is reportedly a citizen of Mexico.

10       (4)    The United States alleges that his presence in this country is illegal.  There is an

11              immigration detainer pending against him.  The issue of detention in this case is

12              therefore essentially moot.

13       (5)    Defendant and his counsel offered nothing in opposition to the entry of an order of

14              detention.

15       (6)    Defendant declined to be interviewed by this court's Pretrial Services Officer.

16

17   It is therefore ORDERED:

18       (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney

19              General for confinement in a corrections facility separate, to the extent practicable,

20              from persons awaiting or serving sentences or being held in custody pending appeal;

21       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

22              counsel;

23       (3)    On order of a court of the United States or on request of an attorney for the

24              Government, the person in charge of the corrections facility in which defendant is

25
     DETENTION ORDER - 2
26   18 U.S.C. § 3142(i)

1    confined shall deliver the defendant to a United States Marshal for the purpose of an

2    appearance in connection with a court proceeding; and

3    (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel

4    for the defendant, to the United States Marshal, and to the United States Pretrial

5    Services Officer.

6    DATED this 7th day of December, 2006.

7

8    _/s/John L. Weinberg_
     JOHN L. WEINBERG
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
DETENTION ORDER - 3
26 18 U.S.C. § 3142(i)